# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JAVIER MONGE     Plaintiff, | : | Civil Action No. 16-cv-7901 |
| v. | : | |
| 110 VARICK STREET CORP. | : | |
| Defendant. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims presented in the above entitled action against Defendant are hereby dismissed with prejudice, without costs or attorneys fees to either party, pursuant to Federal Rule of Civil Procedure Rule 41(a).

DATED:     March 7, 2017
New York, New York

_Jennifer E. Tucek_

Jennifer E. Tucek, Esq
**For Plaintiff Javier Monge**
201 East 87th Street, Suite 9H
New York, New York 10128

_Harry Manesis_

Harry Manesis, Esq.
**For Defendant 110 Varick Street**

224 West 30th Street
New York, New York 10011